United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-14051-amc
Carolyn J. Shimp                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS        Page 1 of 2          Date Rcvd: Aug 12, 2019
                          Form ID: 152      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db            +Carolyn J. Shimp,    1474 Fairview Street,    Reading, PA 19602-2120
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14347748      +Citi Card,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
14347751      +DCM Services,    7601 Penn Ave. S.,    Suite A600,    Minneapolis, MN 55423-5004
14347753      +FNB Omaha,    P. O. Box 3412,    Omaha, NE 68197-0001
14347752       First National Bank Omaha,    P. O. Box 3696,    Omaha, NE 68103-0696
14353436      +PNC BANK NATIONAL ASSOCIATION,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14347760       PNC Bank, N.A.,    P. O. Box 1820,    Dayton, OH 45401-1820
14347764       Union Plus Credit Card,    P. O. Box 30255,    Salt Lake City, UT 84130-0255
14347766       Wells Fargo Card Services,    P. O. Box 10347,    Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:42:04
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14347746       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2019 03:41:37      Boscov's,
                Comenity Capital Bank,    P. O. Box 183043,    Columbus, OH 43218-3043
14347747       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:53      CareCredit,    Synchrony Bank,
                P. O. Box 965064,    Orlando, FL 32896-5064
14347749      +E-mail/Text: kzoepfel@credit-control.com Aug 13 2019 03:42:21     Credit Control, LLC,
                5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
14347750      +E-mail/Text: dsgrdg@ptdprolog.net Aug 13 2019 03:41:39     David S. Gellert, Esquire,
                David S. Gellert, P.C.,    3506 Perkiomen Ave.,    Reading, PA 19606-2711
14347754      +E-mail/Text: paparalegals@pandf.us Aug 13 2019 03:43:13     Gregg L. Morris, Esq.,
                Patenaude & Felix, APC,    501 Corporate Dr., Ste. 205,    Canonsburg, PA 15317-8584
14347755       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:53      J C Penney,    P. O. Box 965009,
                Orlando, FL 32896-5009
14365647       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2019 03:56:56      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14347756       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:53      Lowe's,    Synchrony Bank,
                P. O. Box 965060,    Orlando, FL 32896-5060
14361031       E-mail/Text: bkr@cardworks.com Aug 13 2019 03:41:17     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14347757      +E-mail/Text: bkr@cardworks.com Aug 13 2019 03:41:17     Merrick Bank,    P. O. Box 9201,
                Old Bethpage, NY 11804-9001
14347758       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2019 03:41:37      MetroStyle,
                Comenity Bank,    P. O. Box 182125,    Columbus, OH 43218-2125
14347759      +E-mail/Text: paparalegals@pandf.us Aug 13 2019 03:43:13     Patenaude & Felix, APC,
                501 Corporate Dr.,    Southpointe, Ste. 205,    Canonsburg, PA 15317-8584
14347761       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:53      QVC,    Synchrony Bank,
                P. O. Box 965060,    Orlando, FL 32896-5060
14347762       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2019 03:41:37      Roaman's,    Comenity Bank,
                P. O. Box 182125,    Columbus, OH 43218-2125
14347763       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:53      Sam's Club,    Synchrony Bank,
                P. O. Box 965060,    Orlando, FL 32896-5060
14348907      +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:54      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14349592      +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:56:42      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14347765       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:53      Wal-Mart,    Synchrony Bank,
                P. O. Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 20
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Aug 12, 2019
                              Form ID: 152                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Carolyn J. Shimp dsgrdg@ptdprolog.net
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Carolyn J. Shimp
    Debtor(s)

Case No: 19−14051−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/3/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

15
Form 152