# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    CAROLYN J. SHIMP | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 19-14051 AMC |

### PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION
### TO THE SECURED PROOF OF CLAIM NO. 5
### OF PNC BANK, NATIONAL ASSOCIATION

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Kindly withdraw the Debtor's Objection to the Secured Proof of Claim No. 5 of PNC Bank, National Association filed in the above matter on October 8, 2019.


Dated: November 1, 2019

    s/ David S. Gellert
David S. Gellert, Esquire
Attorney for Debtor
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
610-779-8000
Fax: 610-370-1393
dsgrdg@ptdprolog.net