United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carolyn J. Shimp  
    Debtor

Case No. 19-14051-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: YvetteWD     Page 1 of 1     Date Rcvd: Jan 08, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.  
db          +Carolyn J. Shimp,   1474 Fairview Street,   Reading, PA 19602-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:  
         DAVID S. GELLERT    on behalf of Debtor Carolyn J. Shimp dsgrdg@ptdprolog.net  
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL     ASSOCIATION  
          bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                           TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :
    CAROLYN J. SHIMP                    :     Bankruptcy No. 19-14051 AMC
                                                         :
    Debtor                                       :     Chapter 13

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtor, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtor, in the amount of $3,960.00 compensation and the amount of $373.70 for reimbursement of expenses, is hereby approved; $1,535.00 of which has been paid.

BY THE COURT:

**Date: January 8, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge