| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14051-PMM

CAROLYN J. SHIMP
1474 FAIRVIEW STREET
READING  PA    19602

Petition Filed Date: 06/26/2019
341 Hearing Date: 08/20/2019
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2019 | $282.00 | Automatic Paym | 09/03/2019 | $282.00 | Automatic Paym | 10/03/2019 | $282.00 | |
| 11/04/2019 | $765.00 | | 12/04/2019 | $830.00 | | 01/03/2020 | $830.00 | |
| 02/03/2020 | $830.00 | | 03/04/2020 | $830.00 | | 04/02/2020 | $830.00 | |
| 05/04/2020 | $830.00 | | 06/02/2020 | $830.00 | | 07/06/2020 | $830.00 | |
| 08/03/2020 | $830.00 | | | | | | | |

**Total Receipts for the Period: $9,081.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $9,081.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,798.70 | $2,798.70 | $0.00 |
| 1 | MERRICK BANK<br>»»  001 | Unsecured Creditors | $4,014.54 | $0.00 | $4,014.54 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $3,183.49 | $0.00 | $3,183.49 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»»  003 | Unsecured Creditors | $9,952.93 | $0.00 | $9,952.93 |
| 4 | FIRST NATIONAL BANK OF OMAHA<br>»»  004 | Unsecured Creditors | $10,908.17 | $0.00 | $10,908.17 |
| 5 | PNC BANK<br>»»  005 | Ongoing Mortgage | $27,006.64 | $4,683.98 | $22,322.66 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $1,141.42 | $0.00 | $1,141.42 |
| 7 | SYNCHRONY BANK<br>»»  007 | Unsecured Creditors | $10,422.99 | $0.00 | $10,422.99 |
| 8 | SYNCHRONY BANK<br>»»  008 | Unsecured Creditors | $8,754.15 | $0.00 | $8,754.15 |
| 9 | SYNCHRONY BANK<br>»»  009 | Unsecured Creditors | $6,187.79 | $0.00 | $6,187.79 |
| 10 | SYNCHRONY BANK<br>»»  010 | Unsecured Creditors | $8,051.94 | $0.00 | $8,051.94 |
| 11 | SYNCHRONY BANK<br>»»  011 | Unsecured Creditors | $3,940.30 | $0.00 | $3,940.30 |

**Chapter 13 Case No. 19-14051-PMM**

| SUMMARY |
|:---:|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,081.00 | Current Monthly Payment: | $830.00 |
| Paid to Claims: | $7,482.68 | Arrearages: | ($282.00) |
| Paid to Trustee: | $851.32 | Total Plan Base: | $47,809.00 |
| Funds on Hand: | $747.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.