| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14051-PMM

| | |
|---|---|
| CAROLYN J. SHIMP | Petition Filed Date: 06/26/2019 |
| 1474 FAIRVIEW STREET | 341 Hearing Date: 08/20/2019 |
| READING  PA   19602 | Confirmation Date: 12/12/2019 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $830.00 | | 05/03/2021 | $830.00 | | 06/03/2021 | $830.00 | |
| 07/06/2021 | $830.00 | | 08/02/2021 | $830.00 | 8/2/2021 | 09/02/2021 | $830.00 | |
| 10/04/2021 | $830.00 | | 11/02/2021 | $830.00 | | 12/06/2021 | $830.00 | |
| 01/03/2022 | $830.00 | | 02/02/2022 | $830.00 | | 03/07/2022 | $830.00 | |
| 04/04/2022 | $830.00 | | 05/04/2022 | $830.00 | | 06/03/2022 | $830.00 | |
| 07/05/2022 | $830.00 | | 08/03/2022 | $830.00 | | | | |

**Total Receipts for the Period: $14,110.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,001.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,798.70 | $2,798.70 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $4,014.54 | $148.04 | $3,866.50 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $3,183.49 | $117.40 | $3,066.09 |
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $9,952.93 | $367.03 | $9,585.90 |
| 4 | FIRST NATIONAL BANK OF OMAHA »» 004 | Unsecured Creditors | $10,908.17 | $402.26 | $10,505.91 |
| 5 | PNC BANK »» 005 | Ongoing Mortgage | $20,497.84 | $20,497.84 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,141.42 | $42.09 | $1,099.33 |
| 7 | SYNCHRONY BANK »» 007 | Unsecured Creditors | $10,422.99 | $384.37 | $10,038.62 |
| 8 | SYNCHRONY BANK »» 008 | Unsecured Creditors | $8,754.15 | $322.83 | $8,431.32 |
| 9 | SYNCHRONY BANK »» 009 | Unsecured Creditors | $6,187.79 | $228.19 | $5,959.60 |
| 10 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $8,051.94 | $296.93 | $7,755.01 |
| 11 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $3,940.30 | $145.31 | $3,794.99 |

**Chapter 13 Case No. 19-14051-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,001.00 | Current Monthly Payment: | $830.00 |
| Paid to Claims: | $25,750.99 | Arrearages: | ($282.00) |
| Paid to Trustee: | $2,486.41 | Total Plan Base: | $47,809.00 |
| Funds on Hand: | $763.60 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.