| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-14051-PMM**

CAROLYN J. SHIMP
1474 FAIRVIEW STREET
READING  PA    19602

Petition Filed Date: 06/26/2019
341 Hearing Date: 08/20/2019
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $830.00 | | 09/02/2022 | $830.00 | | 10/03/2022 | $830.00 | |
| 11/02/2022 | $830.00 | | 12/05/2022 | $830.00 | | 01/04/2023 | $830.00 | |
| 02/02/2023 | $830.00 | | 03/06/2023 | $830.00 | | 04/03/2023 | $830.00 | |
| 05/03/2023 | $830.00 | | 06/05/2023 | $830.00 | | 07/05/2023 | $830.00 | |

**Total Receipts for the Period: $9,960.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $38,961.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $2,798.70 | $2,798.70 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $4,014.54 | $698.76 | $3,315.78 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $3,183.49 | $554.08 | $2,629.41 |
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $9,952.93 | $1,732.35 | $8,220.58 |
| 4 | FIRST NATIONAL BANK OF OMAHA »» 004 | Unsecured Creditors | $10,908.17 | $1,898.60 | $9,009.57 |
| 5 | PNC BANK »» 005 | Ongoing Mortgage | $20,497.84 | $20,497.84 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,141.42 | $198.66 | $942.76 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $10,422.99 | $1,814.13 | $8,608.86 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $8,754.15 | $1,523.63 | $7,230.52 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $6,187.79 | $1,076.99 | $5,110.80 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $8,051.94 | $1,401.45 | $6,650.49 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $3,940.30 | $685.83 | $3,254.47 |

**Chapter 13 Case No. 19-14051-PMM**

|  | SUMMARY |  |  |
|---|---|---|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,961.00 | Current Monthly Payment: | $830.00 |
| Paid to Claims: | $34,881.02 | Arrearages: | ($282.00) |
| Paid to Trustee: | $3,324.68 | Total Plan Base: | $47,809.00 |
| Funds on Hand: | $755.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.