## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    CAROLYN J. SHIMP | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 19-14051 PMM |

### ORDER APPROVING MOTION TO MODIFY PLAN

**AND NOW,** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 plan (doc. #52, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) The Modified Plan (Doc. # 51) is **APPROVED**.

**Date:** 9/14/23

*Patricia M. Mayer* (signature)

**Patricia M. Mayer**
**United States Bankruptcy Judge**