United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-14051-pmm
Carolyn J. Shimp  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Sep 26, 2023    Form ID: 138OBJ    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn J. Shimp, 1474 Fairview Street, Reading, PA 19602-2120 |
| 14353436 | + | PNC BANK NATIONAL ASSOCIATION, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14347764 | | Union Plus Credit Card, P. O. Box 30255, Salt Lake City, UT 84130-0255 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 27 2023 06:27:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2023 06:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14347746 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2023 06:27:00 | Boscov's, Comenity Capital Bank, P. O. Box 183043, Columbus, OH 43218-3043 |
| 14347747 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:29:09 | CareCredit, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14347748 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:40:37 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14347749 | + | Email/Text: clientservices@credit-control.com | Sep 27 2023 06:27:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14347750 | + | Email/Text: dsgrdg@ptdprolog.net | Sep 27 2023 06:27:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14347753 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 27 2023 06:27:00 | FNB Omaha, P. O. Box 3412, Omaha, NE 68197 |
| 14347752 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 27 2023 06:27:00 | First National Bank Omaha, P. O. Box 3696, Omaha, NE 68103-0696 |
| 14381229 | | Email/Text: BNCnotices@dcmservices.com | Sep 27 2023 06:27:00 | First National Bank of Omaha, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14347754 | + | Email/Text: paparalegals@pandf.us | Sep 27 2023 06:27:00 | Gregg L. Morris, Esq., Patenaude & Felix, APC, 501 Corporate Dr., Ste. 205, Canonsburg, PA 15317-8584 |
| 14347755 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:40:45 | J C Penney, P. O. Box 965009, Orlando, FL 32896-5009 |
| 14785089 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:29:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14365647 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:29:08 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-14051-pmm   Doc 62   Filed 09/28/23   Entered 09/29/23 00:37:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14347756 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:40:35 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14361031 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2023 06:29:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14347757 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2023 06:29:12 | Merrick Bank, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14347758 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2023 06:27:00 | MetroStyle, Comenity Bank, P. O. Box 182125, Columbus, OH 43218-2125 |
| 14347760 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 06:26:00 | PNC Bank, N.A., P. O. Box 1820, Dayton, OH 45401-1820 |
| 14382397 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 06:26:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 14382820 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:29:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14347759 | + | Email/Text: paparalegals@pandf.us | Sep 27 2023 06:27:00 | Patenaude & Felix, APC, 501 Corporate Dr., Southpointe, Ste. 205, Canonsburg, PA 15317-8584 |
| 14347761 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:29:34 | QVC, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14347762 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2023 06:27:00 | Roaman's, Comenity Bank, P. O. Box 182125, Columbus, OH 43218-2125 |
| 14347763 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:40:21 | Sam's Club, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14349592 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:40:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14348907 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:29:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14347765 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:40:44 | Wal-Mart, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14377041 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2023 06:29:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14347766 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2023 06:40:23 | Wells Fargo Card Services, P. O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785090 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14785091 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14785092 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14785093 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14347751 | ##+ | DCM Services, 7601 Penn Ave. S., Suite A600, Minneapolis, MN 55423-5000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID S. GELLERT | on behalf of Debtor Carolyn J. Shimp dsgrdg@ptdprolog.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Carolyn J. Shimp
        Debtor(s)

Case No: 19−14051−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/26/23